Date of Arrest: **08/27**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Ricardo MORALES-Moreno<br>AKA: None Known<br>095782134<br>YOB: 1979<br>Citizen of: Mexico<br>Defendant | Magistrate Case No.  17-1659 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal). Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 27, 2017 Defendant Ricardo MORALES-Moreno, an alien, was found in the United States at or near Somerton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about April 15, 2014. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos

Signature of Complainant

Douglas Choi
Border Patrol Agent

Sworn to before me and subscribed in my presence.

August 29, 2017    at    Yuma, Arizona
Date                                                    City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Ricardo MORALES-Moreno
AKA: None Known
095782134

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 27, 2017, near Somerton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about May 20, 2009. The Defendant was most recently removed on or about April 15, 2014, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about April 14, 2014, for the crime of Title 8, United States Code, Section 1326(a), a felony.

Agents determined that on or about August 27, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

__August 29, 2017__
Date

Signature of Judicial Officer

-2-